*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Social Security Administration  tel: (212) 264-0981*
*Office of the General Counsel*
*6401 Security Boulevard,*
*Baltimore, MD 21235*

November 8, 2024

**Via CM/ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re: *Kristen McCall v. Commissioner of Social Security*
   Civil Action No. 7:24-cv-07980-JGLC
   Letter Request for Extension of Deadline for Magistrate Judge Consent

Dear Judge Clarke:

    This Office represents the Commissioner of Social Security (Commissioner), the Defendant in this action. We write with regard to the Court's October 28, 2024 Order directing the parties to discuss whether they are willing to consent to conducting all further proceedings before the assigned Magistrate Judge (CM/ECF Docket No. 7). The Order further directs that if the parties agree to conducting all further proceedings before the Magistrate Judge, the Commissioner is to respond to the Court by November 8, 2024.

On November 1, 2024, the undersigned reached out to *pro se* Plaintiff via first class mail asking if she would consent to conducting all proceedings before the Magistrate Judge, and if so, to sign and return the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (consent form) to me. On November 8, 2024, the undersigned spoke to Plaintiff who indicated that she had returned her signed consent form to me by mail on November 6, 2024, which the undersigned has not yet received. Therefore, the undersigned respectfully requests a 30 extension of the deadline to respond Court's order to December 8, 2024.

    This is the first request for an extension of this deadline. Plaintiff consented to this extension request during our phone call on November 8, 2024.

We thank the Court for its consideration of this request.

                        Respectfully submitted,

                        Damian Williams
                        United States Attorney

BY:   *s/ Padma Ghatage*
       Padma Ghatage
       Special Assistant U.S. Attorney
       Office of Program Litigation, Office 2
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       (212) 264-0981
       padma.ghatage@ssa.gov

Application GRANTED. The parties shall file a joint letter regarding whether they consent to conduct proceedings before Magistrate Judge Reznik on or before **December 8, 2024**. The Clerk of Court is respectfully directed to terminate ECF No. 8.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 12, 2024
       New York, New York