U.S. Department of Justice



United States Attorney
Southern District of New York
Civil Division

*c/o Social Security Administration  tel: (212) 264-0981*
*Office of the General Counsel*
*6401 Security Boulevard,*
*Baltimore, MD 21235*

December 9, 2024

**Via CM/ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: *Kristen McCall v. Acting Commissioner of Social Security*
> Civil Action No. 7:24-cv-07980-JGLC
> Letter Request for Extension of Deadline for Magistrate Judge Consent

Dear Judge Clarke:

This Office represents the Commissioner of Social Security (Commissioner), the Defendant in this action. We write with regard to the Court's October 28, 2024 Order directing the parties to discuss whether they are willing to consent to conducting all further proceedings before the assigned Magistrate Judge (CM/ECF Docket No. 7). By order dated November 12, 2024, the Court extended the time for the Commissioner to respond to the Court as to whether the parties agree to conduct further proceedings before the Magistrate Judge, to December 9, 2024. CM/ECF No. 10.

On November 1, 2024, the undersigned reached out to *pro se* Plaintiff via first class mail asking if she would consent to conducting all proceedings before the Magistrate Judge, and if so, to sign and return the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (consent form) to me. On November 8, 2024, the undersigned spoke to Plaintiff who indicated that she had returned her signed consent form to me by mail on November 6, 2024. The undersigned has not yet received the signed consent form. On December 5, 2024, the undersigned followed up with Plaintiff by email, and also sent another copy of the form for signature by express mail on December 6, 2024. The undersigned has not yet received a response, and has been unable to reach Plaintiff by phone. We kindly defer to your discretion to extend the time to consider consent to proceedings before a Magistrate Judge in this case.

We thank the Court for its consideration of this request.

                                    Respectfully submitted,

                                    Damian Williams
                                    United States Attorney

BY:   *s/ Padma Ghatage*
        Padma Ghatage
        Special Assistant U.S. Attorney
        Office of Program Litigation, Office 2
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        (212) 264-0981
        padma.ghatage@ssa.gov

Application GRANTED. The parties' deadline to inform the Court as to whether they consent to conduct further proceedings before Magistrate Judge Reznik is HEREBY EXTENDED to **January 10, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 11.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 10, 2024
       New York, New York