**MEMO ENDORSED**

August 6, 2025

The Honorable Jessica G. L. Clarke
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

<u>Re: McCall v. Commissioner of Social Security et al., 7:24-cv-07980</u>

Dear Judge Clarke:

I write respectfully to request a 90 day extension of time to file my brief from the original due date of August 22, 2025, to November 20, 2025.

I ask for this request for the following reasons:

- Some of my most recent medical records have not been updated in the social security records and I need additional time to bring them up to date.

- I am continuing to undergo medical and psychological treatment that has precluded me from expending the necessary time to seek assistance in the drafting of my brief.

- The City Bar Justice Center is continuing to exhaust efforts to help me obtain pro bono counsel. I am asking for a 90-day extension so they may continue their search to identify an attorney who may assist with my brief.

This is my second request for an extension.

I thank the Court in advance for its consideration

Respectfully submitted,

/s/Kristen McCall
Kristen McCall
700 Oakland Place
Apt 3E
Bronx, NY 10457
PRO SE

Petitioner's request for a 90-day extension is **DENIED**, but the Court will grant a 30-day extension to file their brief. Thus, Petitioner's brief is now due **September 12, 2025.** The Court will not grant any further extension requests. The Clerk of Court is directed to close out the gavel associated with ECF No. 28.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 8-14-25