**MEMO ENDORSED**

CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

February 17, 2026

Via ECF
Hon. Jessica G.L. Clarke
United States District Court Judge
United States Courthouse for the SDNY
40 Foley Square
New York, New York 10007

RE:    McCall v. Commissioner of Social Security
       7:24-cv-07980-JGLC-GRJ

Dear Judge Clarke:

I am writing to request an extension of time to file plaintiff's Objections to the February 3, 2026 Report and Recommendation, Document No. 36, by which Magistrate Judge Gary R. Jones recommended that the Court deny plaintiff's Motion to vacate the final administrative decision and instead grant Defendant's Motion affirming the denial of Ms. McCall's claim for Social Security disability benefits.

Due to multiple deadlines, I have not completed these papers by today. With the consent of opposing counsel, Kristina D. Cohn , I hereby request an extension of time to file Objections by March 6, 2026.

Thank you for Your Honor's attention to this matter.

cc:    Kristina Danielle Cohn, Esq.              Very truly yours,
       Special Assistant U.S. Attorney
       Office of the General Counsel
       Social Security Administration            /s/ Christopher J. Bowes, Esq.
       6401 Security Boulevard                   Christopher J. Bowes, Esq.
       Baltimore, MD 21235

Application GRANTED. The Court HEREBY EXTENDS Plaintiff's deadline to file Objections to the Report and Recommendation at ECF No. 36 to March 3, 2026. The Clerk of Court is directed to terminate ECF No. 37.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: February 17, 2026
       White Plains, New York