UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTEN M.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

24 CIVIL 7980 (JGLC) (GRJ)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 28, 2026, the Court adopts the Report & Recommendation in its entirety. Accordingly, the Court AFFIRMS the Commissioner's final decision and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**